## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., :<br>ex rel. SALLY SCHIMELPFENIG and  :<br>JOHN SEGURA, :<br>    Plaintiffs, :<br>     :<br>v. :<br>     :<br>DR. REDDY'S LABORATORIES :<br>LIMITED, et al., :<br>    Defendants. : | CIVIL ACTION<br>NO. 11-4607 |

## ORDER

AND NOW, this 27th day of March, 2017, upon consideration of Plaintiffs' Second Amended Complaint (Dkt No. 26), Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint (Dkt. Nos. 50 and 51), all responses, replies thereto (Dkt Nos. 53, 54, 59, 61, and 64), and all supplemental briefing (Dkt Nos. 67-1, 80, and 83), it is hereby ORDERED that Defendants' Motions to Dismiss are GRANTED. Plaintiffs' Second Amended Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiffs are granted thirty (30) days from the date of this Order to file a Third Amended Complaint. Should Plaintiffs fail to file said amendment, the claim will be dismissed with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.